UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMADO AMANDO BADILLO,<br><br>Plaintiff,<br><br>v.<br><br>YAKIMA POLICE DEPARTMENT and OFFICER SUTTON,<br><br>Defendants. | NO: 1:17-CV-3060-RMP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITH PREJUDICE<br><br>**1915(g)** |

Magistrate Judge John T. Rodgers filed a Report and Recommendation on September 20, 2017, recommending that this Court dismiss Plaintiff's civil rights action for failure to amend his complaint to cure its deficiencies during the window of opportunity afforded him. ECF No. 12. Objections to the Report and Recommendation were due on or before October 4, 2017.

There being no objections filed, the Court **adopts** the Report and Recommendation. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING COMPLAINT WITH PREJUDICE ~ 1

Complaint, **ECF No. 7**, is **DISMISSED with prejudice** under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **Plaintiff is advised to read the statutory provisions under 28 U.S.C. § 1915. This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims.**

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter Judgment for Defendants, forward copies to Plaintiff at his last known address, and **CLOSE** the file. The Clerk of Court is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Corrections Division. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**DATED** October 12, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING COMPLAINT WITH PREJUDICE ~ 2