# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| AMADO AMANDO BADILLO,<br><br>*Plaintiff*<br>v.<br>YAKIMA POLICE DEPARTMENT and OFFICER SUTTON,<br><br>*Defendant* | ) ) ) ) ) ) Civil Action No. 1:17-CV-3060-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Report and Recommendation (ECF No. 12) is ADOPTED. Plaintiff's Complaint (ECF No. 7) is DISMISSED with prejudice under 28 U.S.C. 1915(e)(2) and 1915A(b)(1). Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Malouf Peterson

   on a Report and Recommendation (ECF No. 12)

Date: 10/12/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen